

**ORDERED in the Southern District of Florida on March 9, 2015.**

*[signature]*

John K. Olson, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case Number  **12-37689-BKC-JKO** |
| | Chapter  **11** |
| **ZOILA GOMEZ** | |
| _____Debtor_____/ | |

### ORDER CONFIRMING
### DEBTOR'S THIRD AMENDED PLAN OF REORGANIZATION (ECF 322)

This matter came on to be heard at 10:30 a.m., on the 5th day of March 2015 to consider confirmation of the debtor ZOILA GOMEZ's Third Amended Plan of Reorganization (ECF 322), and the Court having reviewed the Plan, the court file, heard argument of counsel taking notice of Certificate of Proponent of Plan on Acceptance of Plan, Report on Amount to Be Deposited, Certificate of Amount Deposited and Payment of Fees (ECF 319) and Confirmation Affidavit (ECF 318), and being otherwise fully advised of the premises it is:

ORDERED as follows:

That the debtor's third amended Plan of Reorganization meets the Requirement of `11 U.S.C. §1129(a) and is confirmed.

#          #          #

Submitted by Richard Siegmeister, esquire who is directed to serve copies of this order on all interested parties and file a certificate of Service with the Court.

Z:\MyFiles\Data - Old\BANKRDTR\Gomez Zoila\150309 Order Confirmaing Plan.wpd